# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jimmy Seward and Isaac Mesner individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Midwest Communication Services, Inc. and Dish Network Service, L.L.C.,<br><br>Defendants. | Civil Action No. 20-cv-93-KMM |

### ORDER GRANTING PLAINTIFFS' <u>UNOPPOSED</u> MOTION FOR SETTLEMENT APPROVAL AND DISMISSAL

This matter is before the Court on Plaintiffs' Unopposed Motion for Settlement Approval and Dismissal (ECF No. 84).  The Court, having reviewed Plaintiffs' Unopposed filing, the Settlement Agreement and exhibits; and the filings, records, and pleadings in this matter, pursuant to Federal Rule of Civil Procedure 23(e), **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' Unopposed Motion for Settlement Approval and Dismissal, (ECF No. 84), is **GRANTED**.

2. The parties' Settlement Agreement (Settlement Agmt., Ex. 1), is a resolution of a bona fide dispute and is fair and equitable and is therefore approved.  As a result of the $62,500 settlement, Plaintiffs will recover 100% of their alleged unliquidated overtime damages for a three-year statute of limitations period, assuming a 54-hour

workweek. In exchange for their settlement payment, Plaintiffs each executed releases waiving their wage and hour claims against Midwest Communication Services, Inc. and Dish Network Service, L.L.C. ("Defendants"). (Releases, Ex. 3.)

3. Plaintiffs' Counsel seeks an attorneys' fee award of $20,833.33 (one-third of the total settlement) and Defendants do not oppose the request. The Court finds the attorneys' fees request to be fair and reasonable and is approved.

4. The Court approves of Plaintiffs' Counsel's request for reimbursement for litigation costs in the amount of $2,500 as reasonable.

5. The Court approves of the requested Named Plaintiff service awards of $2,000 each ($4,000 total) to Jimmy Seward and Isaac Mesner as fair and reasonable for their effort and assistance with this case.

6. Under the terms of the Settlement Agreement, all claims asserted by Plaintiffs against both Defendants are dismissed with prejudice.

7. Within 30 days of this Order, Defendant Midwest Communication Services, Inc. shall deliver the settlement checks, including the checks for attorneys' fees and costs, to Plaintiffs' Counsel.

**IT IS SO ORDERED.**

Date: April 13, 2021                    s/ *Katherine Menendez*
                                                        Katherine Menendez
                                                        United States Magistrate Judge